AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 01, 2023

SEAN F. McAVOY, CLERK

UNITED STATES OF AMERICA,
*Plaintiff*
v.
MULTISTAR INDUSTRIES, INC.,
*Defendant*

)
)
)
)
)
)

Civil Action No. 2:21-CV-0262-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Court rules in favor of Plaintiff on Claims 1 through 7 and imposes a $850,000 penalty against Multistar Industries, Inc. This penalty is payable to the United States Treasury and if payment is not timely made, interest accrues pursuant to 28 U.S.C. § 1961.

The Court also enters the Order Granting Injunction which accompanies these Findings of Fact and Conclusions of Law.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  THOMAS O. RICE

after a bench trial conducted on July 17, 2023, and considering the parties' written closing arguments.

Date: August 1, 2023

*CLERK OF COURT*

SEAN F. McAVOY

*s/ B. Fortenberry*
*(By) Deputy Clerk*

B. Fortenberry